IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| ROBERT A. BLOMQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:04-CV-1101 |

    Before the Court is the Report and Recommendation issued by United States Magistrate Judge David Nuffer on June 15, 2006, recommending that the case be remanded for further proceedings.

    The parties were notified by mail of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed an objection to the Report and Recommendation.

    Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and remands the case for further proceedings.

**IT IS SO ORDERED**

    DATED this 6th day of July, 2006.

Dee Benson
United States District Judge